UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WANYING ZHANG,<br>aka "Heather,"<br><br>Defendant. | No. 8:26-CR-00118-MRA<br><br>ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER [30] |

Having read and considered the Government's Motion for (1) Pretrial Conference Pursuant to Classified Information Procedures Act and (2) Designation of Classified Information Security Officer; and Supporting Memorandum of Law Regarding Statutory Procedures for Handling Classified Information, the Court is aware that this case will likely involve classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. See Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980).

IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, W. Scooter Slade, Security Specialist, is appointed as the Classified Information Security Officer in the above-captioned matter. The Court further appoints Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Harry J. Rucker as Alternate Court Security Officers in the above-captioned matter.

IT IS SO ORDERED.

November 3, 2026
DATE

HONORABLE MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE